(December 28, 1984)

■ In the Matter of Tracy Hickman, Petitioner, v Thomas A. Coughlin, III, as Commissioner of the New York State Department of Correctional Services, Respondent. — Motion for extension of time to perfect proceeding granted by consent, and time extended to 60 days after the decision by the Court of Appeals in *Matter of Jones v Smith* (120 Misc 2d 445, affd 101 AD2d 705). Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.